**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION**

|  |  |
|---|---|
| NATIONAL COUNCIL OF THE UNITED STATES, SOCIETY OF ST. VINCENT DE PAUL, INC., <br><br>    Plaintiff, <br><br> v. <br><br> ST. VINCENT DE PAUL CARES, INC., <br><br>    Defendant. | Case No. 4:26-cv-566-JMD |

**ST. VINCENT DE PAUL CARES, INC.'S MOTION TO DISMISS OR TRANSFER
FOR LACK OF PERSONAL JURISDICTION AND IMPROPER VENUE**

Defendant, St. Vincent de Paul CARES, Inc., respectfully moves this Court pursuant to Federal Rule of Civil Procedure 12(b)(2) and 12(b)(3) for an order dismissing Plaintiff's Complaint for lack of personal jurisdiction and improper venue.

In the alternative, should the Court find that transfer rather than dismissal is in the interest of justice, Defendant moves pursuant to 28 U.S.C. § 1406(a) for an order transferring this action to the United States District Court for the Middle District of Florida.

For the reasons set forth in the accompanying Memorandum in Support, Defendant respectfully requests that the Court grant this Motion.

Pursuant to § VI of the Court's requirements, a proposed Order is attached, and a copy will be emailed to the assigned clerk in Microsoft Word format.

1

Respectfully Submitted,

August 3, 2026

/s/ *Nathan W. Elmer*

 Matthew B. Walters, 59812 (MO), *pro hac vice*
  mwalters@hoveywilliams.com
Todd A. Gangel, 56242 (MO), *pro hac vice*
  tgangel@hoveywilliams.com
Nathan W. Elmer, 77957 (MO)
  nelmer@hoveywilliams.com
HOVEY WILLIAMS LLP
10801 Mastin Boulevard, Suite 1000
84 Corporate Woods
Overland Park, Kansas 66210
(913) 647-9050  Fax: (913) 647-9057

*Attorneys for Defendant*

### CERTIFICATE OF SERVICE

On August 3, 2026, St. Vincent de Paul CARES, Inc.'s Motion to Dismiss or Transfer for Lack of Personal Jurisdiction and Improper Venue was filed using the Court's CM/ECF system, which delivered electronic notice of such filing to all registered counsel of record.

/s/ *Nathan W. Elmer*
      *Attorney for Defendant*

2